1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  Eugene Moore

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    NO. 1:05-cr-00323 AWI
                                       )
12              *Plaintiff,*           )    STIPULATION TO CONTINUE SENTENCING
                                       )    HEARING AND ORDER THEREON
13      v.                             )
                                       )
14  EUGENE MOORE,                      )    Date:  October 9, 2012
                                       )    Time:  10:00 a.m.
15              *Defendant.*           )    Judge: Hon. Anthony W. Ishii
    _____)

16

17

18       IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,

19  KIMBERLY A. SANCHEZ, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal

20  Defender, counsel for Defendant Eugene Moore, that the date for sentencing may be continued to October

21  9, 2012, or the soonest date thereafter that is convenient to the court. **The date currently set for**

22  **sentencing is October 1, 2012.  The requested new date is October 9, 2012.  It is further requested**

23  **that the parties be given until October 2, 2012 to file any responses or other sentencing memoranda.**

24       On September 12, 2012, the parties filed a stipulation to continue sentencing to allow time for the

25  government and/or the United States Probation Office to respond to Mr. Moore's sentencing

26  memorandum.  The parties agreed to request that sentencing be continued to October 9, 2012.  However,

27  through inadvertence and mistake, the defense prepared a stipulation which requested that sentencing be

28  continued to October 1, 2012, rather than October 9, 2012.  It is requested that this continuance be to allow

1   time for sentencing to occur, and memoranda to be filed, on the dates anticipated by the parties.

2          The parties agree that the delay resulting from the continuance shall be excluded as necessary for

3   effective preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  For this reason, the ends of

4   justice served by the granting of the requested continuance outweigh the interests of the public and the

5   defendants in a speedy trial.

6

7                                              BENJAMIN B. WAGNER
                                               United States Attorney
8

9   DATED: September 27, 2012              By */s/ Kimberly A. Sanchez*
                                               KIMBERLY A. SANCHEZ
10                                             Assistant United States Attorney
                                               Attorney for Plaintiff
11

12                                             DANIEL J. BRODERICK
                                               Federal Defender
13

14  DATED: September 27, 2012              By */s/ Eric V. Kersten*
                                               ERIC V. KERSTEN
15                                             Assistant Federal Defender
                                               Attorney for Defendant
16                                             Eugene Moore

17

18

19                                    **O R D E R**

20         **IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice

21  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

22

23

24  IT IS SO ORDERED.

25  Dated:    September 27, 2012          _____
                                          CHIEF UNITED STATES DISTRICT JUDGE
26

27

28